# CERTIFICATE OF SERVICE

DEBTOR 1 NAME: MICHAEL GENE POST

CASE NUMBER: 2141159

DEBTOR 2 NAME:

I _____ Robert J Wallace, Jr. _____ certify under penalty of perjury that I have served the attached document on the below listed entities in the manner shown on ___9/15/2021___ :

Via U.S. First Class Mail, or electronic service, if such interested party is an electronic filing user,
pursuant to Local Rule 2002-1, Fed. R. Bankr. P. 2002 and other applicable law.

MICHAEL GENE POST,7907 E 108TH ST,KANSAS CITY MO 64134
VIVE FINANCIAL,PO BOX 708970,SANDY UT 84070-8970

By Electronic Transmittal :
By Fax :

I certify that I have prepared the Certificate of Service and that it is a true and correct copy to the best of my knowledge, information and belief.

Date : ____9/15/2021____        Signature : _____

Premium Graphics, Inc.
2099 Thomas Road Suite 10
Memphis, TN 38134

# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

In re:  MICHAEL GENE POST

**Case No.:  21-41159-btf-13**

**Debtor**

## REQUEST TO REDACT OR RESTRICT AND WAIVE FEE

COMES NOW, Richard V. Fink, Chapter 13 Trustee, and files this Request to Redact or Restrict and Waive Fee and in support states as follows:

1. A supporting document attached to Court claim number 1 filed by creditor VIVE FINANCIAL on 09/10/2021 contains the following violation(s) of Federal Rule of Bankruptcy Procedure 9037:

   - MISFILED DOCUMENTATION

2. The trustee requests that page(s) 5,6 of Court claim number 1 be expunged from the Court record.

3. The trustee also requests that the filing fee be waived.

WHEREFORE, based on the foregoing, the trustee requests the Court grant this Request to Redact or Restrict and Waive Fee and enter an order directing page(s) 5,6 of Court claim number 1 to be expunged from the Court record and to waive the filing fee.

September 14, 2021

Respectfully submitted,

/s/ Richard V. Fink, Trustee

Richard V. Fink, Trustee
2345 Grand Blvd., Ste. 1200
Kansas City, MO 64108-2663
(816) 842-1031

## NOTICE OF SERVICE

The following parties will be served either electronically or by United States First Class Mail and a certificate of service will be filed thereafter:

DEBTOR(S)
WAGONER BANKRUPTCY GROUP (206) - ATTORNEY FOR DEBTOR(S)
VIVE FINANCIAL (669873)

/s/ Richard V. Fink, Trustee