**Fill in this information to identify the case:**

Debtor 1 ___Michael Gene Post___

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: __Western__ District of __Missouri__

Case number ___21-41159-btf13___

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges 12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a
Quicken Loans Inc.

**Name of creditor:** _____    **Court claim no**. (if known): 8_____

**Last 4 digits** of any number you use to
identify the debtor's account:    _2_  _4_  _8_  _3_

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☑ No

☐ Yes. Date of the last notice: _____

| Part 1: | Itemize Postpetition Fees, Expenses, and Charges |

**Iltemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.**

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | _____ | (1) | $ _____ |
| 2. Non-sufficient funds (NSF) fees | _____ | (2) | $ _____ |
| 3. Attorney fees | _____ | (3) | $ _____ |
| 4. Filing fees and court costs | _____ | (4) | $ _____ |
| 5. Bankruptcy/Proof of claim fees | 09/24/2021 | (5) | $ $250.00 |
| 6. Appraisal/Broker's price opinion fees | _____ | (6) | $ _____ |
| 7. Property inspection fees | _____ | (7) | $ _____ |
| 8. Tax advances (non-escrow) | _____ | (8) | $ _____ |
| 9. Insurance advances (non-escrow) | _____ | (9) | $ _____ |
| 10. Property preservation expenses. Specify:_____ | _____ | (10) | $ _____ |
| 11. Other. Specify:Plan Review | 09/16/2021 | (11) | $ $450.00 |
| 12. Other. Specify:_____ | _____ | (12) | $ _____ |
| 13. Other. Specify:_____ | _____ | (13) | $ _____ |
| 14. Other. Specify:_____ | _____ | (14) | $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1    Michael Gene Post

First Name    Middle Name    Last Name

Case number (*if known*) 21-41159-btf13

---

| Part 2: | Sign Here |

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ **/s/** Stewart C. Bogart

Signature

Date 11/04/2021

Print:    Stewart C. Bogart, #67956

First Name    Middle Name    Last Name

Title **Attorney for Creditor**

Company    Millsap & Singer, LLC

Address    612 Spirit Drive

Number    Street

St. Louis      MO    63005

City    State    ZIP Code

Contact phone    636-537-0110

Email    bkty@msfirm.com

---

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | |
|---|---|
| In The Matter Of: | ) |
| | ) Case Number 21-41159-btf13 |
| Michael Gene Post | ) |
| | ) |
| | ) Chapter 13 |
| | ) |
| Debtor, | ) |
| | ) |
| | ) |
| Rocket Mortgage, LLC f/k/a Quicken | ) |
| Loans, LLC f/k/a Quicken Loans Inc. | ) |
| | ) |
| Creditor, | ) |
| | ) |

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was filed electronically on November 4, 2021, with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court pursuant to CM/ECF as set out on the Notice of Electronic filing as issued by the Court or in the alternative has been served by depositing a true and correct copy of same enclosed in a postage prepaid, properly addressed envelope, in a post office official depository under the exclusive care and custody of the United States Postal Service on those parties directed by the Court on the Notice of Electronic Filing issued by the Court as required by the Federal Rules of Bankruptcy Procedure and the Local Rules of the United States Bankruptcy Court.

*/s/ Stewart C. Bogart*

**Electronic Mail Notice List**

The following is the list of attorneys who are currently on the list to receive e-mail notices for this case.

Ryan A. Blay

Richard Fink

Office of the United States Trustee

1

**Manual Notice List**

The following is a list of parties who are not on the list to receive e-mail notices for this case (who therefore require manual noticing).

    Michael Gene Post
    7907 E 108th Street
    Kansas City, MO 64134