**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MISSOURI**

| | | | |
|---|---|---|---|
| In re: | **Michael Gene Post** | ) | Bankruptcy No. **21-41159** |
| | Debtor ) | | Chapter 13 |
| | **Michael Gene Post** | ) | |
| | Plaintiff ) | | Adv. Proc. No.   **21-**_____ |
| | v. | ) | |
| | **UMB Bank, National Association,** | ) | |
| | **and any future servicers, assignees** | ) | |
| | **or successors in interest** | ) | |
| | Defendant ) | | |

**COMPLAINT TO DETERMINE VALIDITY OF LIEN**

COMES NOW Plaintiff-Debtor Michael Gene Post ("Plaintiff"), by and through his undersigned counsel, and, for his Complaint to Determine Validity of Lien of Defendant, UMB Bank, National Association ("Defendant"), and any future servicers, assignees in interest, et. Al., to be declared as void, states as follows:

1. On September 9, 2021, Plaintiff filed his Petition and Plan for Chapter 13 relief, thereby giving rise to this instant Adversary proceeding.

2. Venus and jurisdiction herein are proper pursuant to 28 U.S.C.§1334. This is a core proceeding. Plaintiff consents to the Bankruptcy Court entering a final judgment on the merits.

3. Plaintiff's Schedule A/B/ discloses his homestead real estate located at common address: 7907 East 108th Street, Kansas City, MO  64134, County of Jackson (hereinafter the "Home") which is further legally described as:

   LOT 812, RUSKIN HEIGHTS, a subdivision in Kansas City, Jackson County, Missouri, according to the recorded plat thereof;

   Bearing Jackson County, MO Parcel No. 63-320-06-04-00-0-00-000

4.   Plaintiff's Schedule D discloses a debt to the Defendant in the approximate amount of $15,923.27. This debt with the Defendant is secured to the Home through a Modification of Deed of Trust held by Defendant which was recorded with the Recorder of Deeds for Jackson County, Missouri on February 4, 2015, bearing Instrument No. 2015E009953.

5.   Defendant's lien is junior to a first Deed of Trust secured to the Home in the amount of $52,334.50, pursuant to Proof of Claim 8 filed by Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dated 09/24/2021.

6.   Plaintiff valued his home in his schedules at $45,000, based on extensive work that needs to be done, with an estimated repair for the basement alone to be $27,000. Therefore, there is no equity n the Home to which Defendant's lien may attach.

7.   In light of the above findings, and pursuant to *Nobelman v. American Savings Bank*, 508 U.S. 324 (1993), Plaintiff moves this Court for a judgment determining and declaring that absolutely no equity exists in the Home to secure the lien encumbering it through the Defendant's deed of trust, and thus Defendant's lien is declared to be void and completely unsecured against the Plaintiff's home.

8.   The Defendant has filed Claim 14 on November 9, 2021, stating a value for its claim at $17,828.28. The Defendant declared in the proof of claim, filed under penalty of perjury, that the entire claim is unsecured.  Plaintiff agrees with this assertion.

9.   Plaintiff further requests that upon the completion of his Chapter 13 Plan, and the Court's entry of a Discharge Order, that the Judgment sought herein shall serve as an instrument for recordation purposes with the Jackson County Recorder of Deeds to release the Defendant's Lien.

10.   Alternatively, Plaintiff is willing to enter into a stipulation with Defendant to achieve the same result.

WHEREFORE, Plaintiff  prays the Court for a judgment declaring and determining that the junior lien described above and held by Defendant, UMB Bank, National Association (and henceforth its successors, transferees and assignees) on Plaintiff's Home as described above, is completely void pursuant to the terms of 11  U.S.C. §506, thereby allowing the Defendant's claim as filed – as an allowed general unsecured non-priority claim, and for such other and further relief as the Court deems just and proper.

Dated: 11/22/2021

Respectfully submitted,
WM Law

*/s/ Ryan A. Blay*
Ryan A. Blay, MO #KS001066
15095 W. 116th St.
Olathe, KS 66062
Phone (913) 422-0909 / Fax (913) 428-8549
blay@wagonergroup.com
ATTORNEYS FOR PLAINTIFF/DEBTOR