**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF MISSOURI**

In Re:    Michael G. Post                        )        Case No. 21-41159
                                      Debtor   )

## REQUEST FOR ATTORNEYS FEES PURSUANT TO §503(b)

COMES NOW, Ryan A. Blay, attorney for the Debtor, and pursuant to 11 U.S.C. §503(b) hereby requests the allowance of attorney fees. In support thereof, the undersigned states the following:

1.  The undersigned attorney was retained by the Debtor to represent him in the above-described Chapter 13 proceeding.

2.  The Agreement for legal services between the Debtor and the Debtor's Counsel provides that the Debtor's Counsel is to be paid the sum of $3,600.00 for representation in this matter. The Debtor's Counsel has performed services and incurred expenses with respect to this matter, the reasonable value of such is at least the sum or $3,600.00.

3.  The Debtor did not pay any attorney fees in advance of filing his case.

4.  Debtor's counsel has determined from information obtained from the National Data Center that the Trustee is presently in possession of undistributed funds in the amount of $1,222.46.

5.  The Debtor's Chapter 13 filing fee has been paid in full.

6.  Debtor's Counsel requests the Chapter 13 Trustee disburse $1,222.46 (less the Trustee's fees, if any) of the remaining on hand fees to Debtor's Counsel.

7.  The rate charged and the time expended by the undersigned counsel in matters related to this motion are reasonable considering the issues presented in this case. The rate charged in this case is commensurate with the rate charged by other attorneys in this community for comparable legal services and the results accomplished by performance of such services.

8.  This case was dismissed prior to confirmation because Debtor was unable to provide a copy of his social security card to conclude his Meeting of Creditors.

9.  The Debtor's Counsel has met with the Debtor several times before and after the filing of this case in person as well as telephonically and via electronic mail. The Debtor's Counsel and staff spent more than 4 months trying to get the proposed plan confirmed but was unable to get the necessary documents and information from the Debtors.

10. The Chapter 13 Trustee is entitled to a fee in the handling of this case and counsel is entitled to the requested fee.

Court Address: U.S. Bankruptcy Court, 400 E. 9th St., Room 1510, Kansas City, MO 64106    1

WHEREFORE, the Debtor's counsel requests an Order of this Honorable Court directing the Chapter 13 Trustee to disburse $1,222.46 [less the trustee's fees, if any] to Debtor's Counsel, pursuant to 11 U.S.C. §503(b), and for other such relief as this Court finds just and equitable.

Dated: January 20, 2022          Respectfully submitted,
                                 WM Law

                                 /s/ Ryan A. Blay
                                 Ryan A. Blay, MO# KS001066
                                 15095 W. 116th St.
                                 Olathe, KS 66062
                                 Phone (913) 422-0909 / Fax (913) 428-8549
                                 blay@wagonergroup.com
                                 ATTORNEY FOR DEBTOR

## NOTICE OF MOTION

Any response to the motion must be filed with 21 days of the date of this notice, pursuant to Local rule 9013-1C, with the Clerk of the United States Bankruptcy Court. Parties represented by an attorney shall file electronically at https://ecf.mowb.uscourts.gov. Pro se parties shall mail filings to: United States Bankruptcy Court, Western District of Missouri, 400 East 9th Street, Room 1510, Kansas City, MO 64106. Pursuant to 9013-1D, responses shall address the merits of the motion and, if applicable, set out actions to remedy the particular problem. The Court will serve such response electronically on the Trustee, debtor's attorney and all other parties to the case who have registered for electronic filing. Respondent shall serve all parties who are not served electronically.

If a response is timely filed, a hearing will be held on a date and time determined by the Court. Notice of such hearing will be provided to all parties in interest. If no response is filed within 21 days, the Court will enter an order.

For information about electronic filing go to www.mow.uscourts.gov or call the Court's HELP line at 1-800-466-9302.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Motion was served, in addition to the parties notified by the US Bankruptcy Court's electronic notification, upon all creditors and other parties list below via US First Class Mail, postage prepaid, on Thursday, January 20, 2022.

                                 /s/ Ryan A. Blay

Court Address: U.S. Bankruptcy Court, 400 E. 9th St., Room 1510, Kansas City, MO 64106      2